Fill in this information to identify your case:

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**    Platinum Care Services, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names
   DBA  PlatinumCare Cleaning & Restoration

3. **Debtor's federal Employer Identification Number (EIN)**    80-0921088

4. **Debtor's address**

   **Principal place of business**
   PO Box
   Sugar Grove, IL 60554
   Number, Street, City, State & ZIP Code

   Kane
   County

   **Mailing address, if different from principal place of business**

   _____
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**
   n/a
   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**    https://platinumcarecleaning.com/

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor **Platinum Care Services, Inc.**     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
  **7217**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor **Platform Care Services, Inc.**
Name

Case number (*if known*) _____

Debtor **Platform Care Services, Inc.**  Case number (*if known*) _____
Name

11. **Why is the case filed in this district?**
    *Check all that apply:*
    - [■] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    - [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    - [■] No
    - [ ] Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    - [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
    - [ ] It needs to be physically secured or protected from the weather.
    - [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - [ ] Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - [ ] No
    - [ ] Yes.  Insurance agency _____
              Contact name _____
              Phone _____

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**
    *Check one:*
    - [■] Funds will be available for distribution to unsecured creditors.
    - [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    - [■] 1-49
    - [ ] 50-99
    - [ ] 100-199
    - [ ] 200-999
    - [ ] 1,000-5,000
    - [ ] 5001-10,000
    - [ ] 10,001-25,000
    - [ ] 25,001-50,000
    - [ ] 50,001-100,000
    - [ ] More than 100,000

15. **Estimated Assets**
    - [■] $0 - $50,000
    - [ ] $50,001 - $100,000
    - [ ] $100,001 - $500,000
    - [ ] $500,001 - $1 million
    - [ ] $1,000,001 - $10 million
    - [ ] $10,000,001 - $50 million
    - [ ] $50,000,001 - $100 million
    - [ ] $100,000,001 - $500 million
    - [ ] $500,000,001 - $1 billion
    - [ ] $1,000,000,001 - $10 billion
    - [ ] $10,000,000,001 - $50 billion
    - [ ] More than $50 billion

16. **Estimated liabilities**
    - [ ] $0 - $50,000
    - [■] $50,001 - $100,000
    - [ ] $100,001 - $500,000
    - [ ] $500,001 - $1 million
    - [ ] $1,000,001 - $10 million
    - [ ] $10,000,001 - $50 million
    - [ ] $50,000,001 - $100 million
    - [ ] $100,000,001 - $500 million
    - [ ] $500,000,001 - $1 billion
    - [ ] $1,000,000,001 - $10 billion
    - [ ] $10,000,000,001 - $50 billion
    - [ ] More than $50 billion

Debtor   **Platinum Care Services, Inc.**                                Case number (*if known*) _____
         Name

■ **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 28, 2020**
              MM / DD / YYYY

X  **/s/ Robert J Michalec**                             **Robert J Michalec**
   Signature of authorized representative of debtor       Printed name

Title  **President**

**18. Signature of attorney**

X  **/s/ John J Lynch**                                  Date  **September 28, 2020**
   Signature of attorney for debtor                            MM / DD / YYYY

**John J Lynch 6270193**
Printed name

**Lynch Law LLC**
Firm name

**300 E 5th Ave, Suite 365**
**Naperville, IL 60563**
Number, Street, City, State & ZIP Code

Contact phone  **630-960-4700**        Email address  **JLynch@Lynch4Law.Com**

**6270193 IL**
Bar number and State

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Platinum Care Services, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aztec Financial, LLC
556 W. Confluence Avenue
Salt Lake City, UT 84123 | info@aztecfinancial.com
800-994-0016 | Equipment Lease - Property Repossessed - balance due on lease. | Contingent | | | $33,171.00 |
| West Surburban Bank
711 S. Westmore/Myers Road
Lombard, IL 60148 | 630-629-4200 | Line of Credit | Contingent | | | $26,968.00 |

Amur Equiptment Finance, Inc.
308 N. Locust Street, Ste. 100
Grand Island, NE 68801


Aztec Financial, LLC
556 W. Confluence Avenue
Salt Lake City, UT 84123


Chrysler Capital
PO Box 660335
Dallas, TX 75266


Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338


Internal Revenue Service (IRS)
PO Box 7346
Philadelphia, PA 19101-7346


Timothy R. Herman
c/o Clark Hill PLC
130 E. Randolph Ste., 3900
Chicago, IL 60601


West Surburban Bank
711 S. Westmore/Myers Road
Lombard, IL 60148

# United States Bankruptcy Court
## Northern District of Illinois

In re __Platinum Care Services, Inc.__                                    Case No. _____
                                    Debtor(s)                              Chapter   __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Platinum Care Services, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__September 28, 2020__                        __/s/ John J Lynch__
Date                                          __John J Lynch 6270193__
                                              Signature of Attorney or Litigant
                                              Counsel for   __Platinum Care Services, Inc.__
                                              Lynch Law LLC
                                              300 E 5th Ave, Suite 365
                                              Naperville, IL 60563
                                              630-960-4700 Fax:630-324-7131
                                              JLynch@Lynch4Law.Com